IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DAVID GARNER,** : CIVIL NO. 1:15-cv-0130
: 
    Petitioner : **(Judge Rambo)**
: 
v. : **(Magistrate Judge Carlson)**
: 
**WARDEN, FCI SCHUYLKILL,** : 
: 
    Respondent :

### **O R D E R**

AND NOW, this 10th day of February, 2015, **IT IS HEREBY ORDERED THAT**:

    1) The court adopts the report and recommendation of the magistrate judge (Doc. 4) as to the recommendation that this action be transferred to the United States District Court for the Northern District of Ohio.

    2) The Clerk of Court shall transfer this action to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1404 and close the file in this district.

                                          s/Sylvia H. Rambo
                                          United States District Judge